| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ericksen, Joan N. | 2. Court or Organization<br><br>U.S. District Court - Minnesota | 3. Date of Report<br><br>04/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>12W United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐     NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Bar Association, Minnesota Chapter |
| 2. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 3. | Board of Directors | Friends of the Children Foundation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐     NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Retirement Plan - Former Employer - No Control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | May 2013 | NCBE | $3,500.00 |
| 2. | Nov 2013 | NCBE | $3,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBE | May 9-12, 2013 | San Francisco, CA | Evidence Drafting Committee | Transportation, Meals, Lodging |
| 2. | NCBE | Nov 14-17, 2013 | Pasadena, CA | Evidence Drafting Committee | Transportation, Meals, Lodging |
| 3. | FBA Chapter | Apr 26-27, 2013 | Arlington, VA | Leadership Training Program | Transportation, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Minnesota State Retirement System - Judges' Retirement Plan | A | Int./Div. | N | T | | | | | |
| 2. Fidelity Adv 529 Plan Portfolio 2019C (no control) | A | Int./Div. | L | T | | | | | |
| 3. Ameriprise Money Market | A | Interest | K | T | | | | | |
| 4. Columbia Acorn International (LAIAX) | B | Int./Div. | J | T | | | | | |
| 5. Columbia Acorn International (LAIAX) | | None | | | Buy | 10/15/13 | J | | |
| 6. Columbia High Yield Bond (INEAX) | A | Int./Div. | J | T | | | | | |
| 7. Columbia High Yield Bond (INEAX) | | None | | | Sold | 04/10/13 | K | A | |
| 8. Columbia Floating Rate Bond Fund (RFRAX) | A | Int./Div. | K | T | | | | | |
| 9. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Buy | 04/23/13 | K | | |
| 10. Columbia Floating Rate Bond Fund (RFRAX) | | | | | Buy (add'l) | 10/15/13 | K | | |
| 11. Franklin Minnesota Tax Free Income (FMINX) | A | Int./Div. | J | T | | | | | |
| 12. Franklin Minnesota Tax Free Income (FMINX) | | | | | Sold | 04/19/13 | J | A | |
| 13. Franklin High Yield Tax-Free Income (FRHIX) | A | Int./Div. | J | T | | | | | |
| 14. Franklin High Yield Tax-Free Income (FRHIX) | | | | | Sold | 04/19/13 | J | A | |
| 15. iShares iBoxx Investment Grade Corp. Bond ETF (LQD) | A | Int./Div. | J | T | | | | | |
| 16. iShares iBoxx Investment Grade Corp. Bond ETF (LQD) | | | | | Sold | 04/19/13 | J | A | |
| 17. Merger Fund (MERFX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merger Fund (MERFX) | | | | | Buy | 04/22/13 | L | | |
| 19. Merger Fund (MERFX) | | | | | Buy (add'l) | 04/23/13 | K | | |
| 20. Merger Fund (MERFX) | | | | | Buy (add'l) | 10/15/13 | J | | |
| 21. Oppenheimer International Bond A (OIBAX) | B | Int./Div. | L | T | | | | | |
| 22. Oppenheimer International Bond A (OIBAX) | | | | | Buy | 04/19/13 | K | | |
| 23. Oppenheimer Developing Markets A (ODMAX) | A | Int./Div. | K | T | | | | | |
| 24. PIMCO Commodity Real Return Strategy Fund (PCRAX) | A | Int./Div. | J | T | | | | | |
| 25. PIMCO Commodity Real Return Strategy Fund (PCRAX) | | | | | Sold | 04/19/13 | K | A | |
| 26. Oppenheimer SteelPath MLP Select 40 (MLPFX) | A | Dividend | K | T | | | | | |
| 27. Oppenheimer SteelPath MLP Select 40 (MLPFX) | | | | | Buy | 10/15/13 | K | | |
| 28. Vanguard High Dividend Yield ETF(VYM) | A | Int./Div. | J | T | | | | | |
| 29. Vanguard High Dividend Yield ETF(VYM) | | | | | Sold | 10/15/13 | J | D | |
| 30. Vanguard Mid-Cap Value ETF (VOE) | A | Int./Div. | K | T | | | | | |
| 31. Vanguard Mid-Cap Value ETF (VOE) | | | | | Sold (part) | 04/23/13 | J | C | |
| 32. Vanguard Mid-Cap Growth ETF (VOT) | A | Int./Div. | K | T | | | | | |
| 33. Vanguard Mid-Cap Growth ETF (VOT) | | | | | Sold | 04/23/13 | J | C | |
| 34. Vanguard Value ETF (VTV) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Value ETF (VTV) | | | | | Sold | 04/23/13 | K | D | |
| 36. Vanguard High Dividend Yield ETF (VYM) | A | Int./Div. | J | T | | | | | |
| 37. Vanguard High Dividend Yield ETF (VYM) | | | | | Sold | 10/15/13 | K | D | |
| 38. Wells Fargo Short Term High Yield (SSTHX) | A | Int./Div. | J | T | | | | | |
| 39. Wells Fargo Short Term High Yield (SSTHX) | | | | | Sold (part) | 06/18/13 | J | A | |
| 40. Invesco International Small Company (IEGAX) | | None | | | Sold | 04/19/13 | J | A | |
| 41. Eagle Small Cap Growth (HRSCX) | | None | | | Sold | 10/15/13 | J | B | |
| 42. William Blair Small Cap Value (WBVDX) | | None | | | Sold | 10/15/13 | J | C | |
| 43. Credit Suisse Commodity Return Strategy (CRSAX) | | None | K | T | Buy | 04/23/13 | K | | |
| 44. Invesco Global Real Estate (AGREX) | A | Dividend | K | T | | | | | |
| 45. Invesco Global Real Estate (AGREX) | | | | | Sold (part) | 10/15/13 | J | C | |
| 46. Putnam International Capital Opportunity (PNVAX) | A | Dividend | J | T | | | | | |
| 47. Vanguard Growth (VUG) | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

⬚ assets are not reportable: ⬚ sole interest in and responsibility for ⬚ income, assets and investments. ⬚ property is not in any way derived from or associated with any of my income, assets or activities. I do not, and do not expect to, derive any financial or economic benefit from ⬚ financial interest or responsibility. A ⬚ tax return with ⬚ and myself was NOT filed for 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544